UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/13
```

JEFFREY D. REYNOLDS, on behalf of himself and all others similarly situated,

Plaintiff,

vs.

XEROX EDUCATION SERVICES, INC., f/k/a ACS EDUCATION SERVICES, INC. and WELLS FARGO BANK, N. A.,

Defendants.

Case No. 13-cv-1003 (HB)

STIPULATION OF WAIVER OF SERVICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that Defendant XEROX EDUCATION SERVICES, LLC, s/h/i as XEROX EDUCATION SERVICES, INC., f/k/a ACS EDUCATION SERVICES, INC., waives service of the Summons and Class Action Complaint and shall have until May 24, 2013, inclusive, to answer, respond or otherwise move with respect to the Class Action Complaint, reserving and keeping all defenses or objections to same, the lawsuit, the Court's jurisdiction, and the venue of the action, but waiving any objections to be absence of a summons or of service.

Dated: March 27, 2013

RABIN & PECKEL LLP

By: _____
I. Stephen Rabin (IR-5058)

885 Third Avenue, Suite 3040
New York, New York 10022
Tel: (212) 880-3722
Email: srabin@rabinpeckel.com

SO ORDERED:

HINSHAW & CULBERTSON LLP

By: _____
Edward K. Lenci (EL 3207)

780 Third Avenue, 4th Floor
New York, New York 10017
Tel: (212) 471-6200
Email: elenci@hinshawlaw.com

_____
U.S.D.J. 4/17/13

130546908v1 094397l